# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SALADDIN MOUSA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents. | Case No. 1:19-cv-01164-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR SCHEDULING ORDER<br><br>(ECF No. 18) |

Petitioner Mohamed Saladdin Mousa is proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On September 25, 2019, Petitioner filed the instant motion for a scheduling order. (ECF No. 18). Rule 4 of the Rules Governing Section 2254[1] Cases requires the Court to preliminary review a habeas petition. The Court is aware of Petitioner's pending petition and must conduct a preliminary review before any scheduling order is issued. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

---

[1] The Rules Governing Section 2254 Cases apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" 28 U.S.C. § 2254.).

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for a scheduling order is DENIED.

IT IS SO ORDERED.

Dated: **September 30, 2019**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE